NUMBER 13-08-00478-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG






IN RE BILLY J. BASHAM






On Petition for Writ of Mandamus






MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion (1)
Per Curiam 



 Relator, Billy J. Basham, filed a petition for writ of mandamus in the above cause
on August 11, 2008. This petition for writ of mandamus was originally filed in this Court as
a criminal, rather than civil, cause. Based on recent analysis from the Texas Court of
Criminal Appeals, however, we will transfer this matter to our civil cause number 13-08-00629-CV, and will consider it therein. See In re Johnson, No. AP-75,898, slip. op. ¶ 22
(Tex. Crim. App. Oct. 29, 2008) (orig. proceeding), available at
http://www.cca.courts.state.tx.us/OPINIONS/HTMLOPINIONINFO.ASP?OPINIONID=17534. Therefore, this criminal cause is hereby DISMISSED. 


 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this 13th day of November, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).